## Stout *v.* Philadelphia School District, Appellant.

Argued June 12, 1970.   *Jerome A. Zaleski,* for appellant; *Frederick W. Anton, III,* for claimant, appellee.
   Order affirmed.

## Weems Appeal.

Submitted June 11, 1970.   *Miriam L. Gafni* and *Paula S. Gold,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellants; no oral argument was made nor brief submitted for appellee.
   Order affirmed.

## Yonkosky *v.* Pipers, Inc. et al., Appellants.

Argued June 12, 1970.   *Alexander A. Notopoulos,* with him *Goodman, Notopoulos & Silverman,* for appellant; *Alan R. Krier, and Jubelirer & Carothers,* for appellees; *Amos Davis,* for additional defendants, Richard Warren and Bituminous Casualty Co.; *Isaiah Scheeline,* and *Scheeline & Leopold,* for additional defendant, Automotive Supply Co.
   Order affirmed.